THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES K. WILSON, Appellant.

Submitted December 12, 2016; decided February 9, 2017

Motion for reargument denied [*see* 28 NY3d 67 (2016)].

Judges FAHEY and WILSON taking no part.

In the Matter of SHAUNTRAY T. EVA W., Respondent; MARGARET T., Appellant.

Submitted November 14, 2016; decided February 9, 2017

Motion for leave to appeal dismissed upon the ground that appellant is not a party aggrieved (*see* CPLR 5511). Motion for poor person relief dismissed as academic.

Judge WILSON taking no part.

INJAH UNIQUE TAFARI, Also Known as RICHARDO ORLANDO FOUST, Appellant, v VIJAYKUMAR MANADALAYWALA et al., Respondents.

Submitted December 19, 2016; decided February 9, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge WILSON taking no part.